```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                   Plaintiff,               :
                                                            :      15 Cr. 174 (LGS)
                      -against-                             :
                                                            :             ORDER
   FABIO PORFIRIO LOBO, et al.,                             :
                                   Defendants,              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2017

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court's Order, dated December 19, 2016, directed the parties to submit status letters regarding any issues relating to discovery on January 18, 2017, and February 15, 2017. (Dkt. No. 90)

WHEREAS the parties failed to file the status letters. It is hereby,

**ORDERED** the parties shall file a joint status letter on **March 1, 2017** describing specifically the status of discovery including what has been produced, what remains to be produced, and any issues that may or do require resolution. The parties shall also state the reason for failing to comply with the Court's December 19, 2016 Order. It is further,

**ORDERED** that the status conference currently scheduled for March 8, 2017 is adjourned to **March 16, 2017 at 10:30 a.m**.

Dated: February 27, 2017
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE