UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
              -against-                               :        15 Crim. 174 (LGS)
                                                            :
FABIO PORFIRIO LOBO,                                        :        ORDER
                               Defendant.  :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 1, 2021, Defendant filed a motion to compel defense counsel, Manuel Retureta, to surrender the case file he created in representing Defendant (Dkt. No. 538). It is hereby

        **ORDERED** that, by **February 23, 2023**, Mr. Retureta shall file a letter stating whether Defendant's case file has been turned over to him in full and, if not, explaining what has not been turned over and why.

Dated: February 10, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE